## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE   Ramon E. Reyes Jr.              DATE:   1/10/18

DOCKET NUMBER:   18-13M                             LOG #:   11:57 — 12:18

DEFENDANT'S NAME:   Nicole Cortez
   ✓ Present   ___ Not Present   ✓ Custody   ___ Bail

DEFENSE COUNSEL:   Peter Kirchheimer
   ✓ Federal Defender   ___ CJA   ___ Retained

A.U.S.A:   *James McDonald*  Elizabeth Macchiaverna         CLERK:   Felix Chin

INTERPRETER:                                        (Language)

___ Defendant arraigned on the: ___ indictment ___ superseding indictment ___ probation violation

___ Defendant pleads NOT GUILTY to ALL counts.

✓ DETENTION HEARING Held.   ___ Defendant's first appearance.

   ✓ Bond set at  $100,000 .   Defendant ___ released ✓ held pending satisfaction of bond conditions.
   ✓ Defendant advised of bond conditions set by the Court and signed the bond.
   ___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
   1 (Additional) surety/ies to co-sign bond by  1/11/18
   ___ After hearing, Court orders detention in custody.   ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay/Speedy Trial entered. Start_____ Stop _____

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

___ Status conference set for _____ @ _____ before Judge _____

Other Rulings:  Dfse counsel presented a bail application with 1 surety; gov't opposed; court sets bond @ $100,000. PH waived.