# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

*David E. Patton*
Executive Director and
Attorney-in-Chief

*Eastern District*
Peter Kirchheimer
Attorney-in-Charge

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 1 2 2018 ★
BROOKLYN OFFICE

February 9, 2018

The application is ✓ granted. ___ denied.
SO ORDERED.
s/Lois Bloom
Lois Bloom, U.S.M.J.
Dated: 2/9/18
Brooklyn, New York

**By ECF and Hand Delivery**
The Honorable Lois Bloom
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

RE:   United States v. Nicole Lorenzo Cortez, ~~18 M 13~~ 18 CR 53 (CBA)

Dear Judge Bloom:

AUSA McDonald has graciously consented to Ms. Cortez's application to appear for arraignment on 2/12/18 at 11:00 by telephone. On 1/11/18 when she was released on bond by Magistrate Reyes Ms. Cortez waived her right to be physically present at the arraignment. Accordingly, I request that this Court arraign Ms. Cortez on Monday by telephone.

Respectfully,

PETER KIRCHHEIMER, ESQ.
Deputy Attorney-in-Charge
(718) 330-1206

cc:   AUSA McDonald