UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
**BEFORE: CAROL BAGLEY AMON, U.S.D.J**

DATED: **04/24/2018**        TIME: **10:00 AM**

CRIMINAL CAUSE FOR: **Pleading**

DOCKET #: **CR18-00053 (USA v. Cortez)**

DEFENDANT: **Nicole A. Lorenzo Cortez**   ATTORNEY: **Peter Kirchheimer, F/D**

DEFENDANT:                                 ATTORNEY:

DEFENDANT:                                 ATTORNEY:

DEFENDANT:                                 ATTORNEY:

ASSISTANT U.S. ATTORNEY: **Erin Reid for James P. McDonald**

COURT REPORTER: **Michele Lucchese**

INTERPRETER: **Rosa Olivera-Nims**

PROBATION OFFICER: **N/A**

PRETRIAL OFFICER: **N/A**            DEPUTY: **Giselle Almonte**

**Conference held.**

    Ms. Cortez was sworn in and informed of her rights. The defendant enters a plea of GUILTY to count one (1) of the Indictment. Allocution conducted and plea was accepted by the Court. PSR is due on or about July 17, 2018. Sentencing letter is due on or about July 31, 2018. Government response is due on or about August 7, 2018. Sentencing is scheduled for August 14, 2018 at 10:00 AM in Courtroom 10D South before Judge Carol Bagley Amon. The defendant is continued on bond. The notification of the conviction is transmitted to the Probation Department.

**Time: 30 min**